# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEXINGTON GREEN UNIT SIX OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S I,<br><br>Defendant. | No. 23-cv-73-CJW<br><br>**SETTLEMENT ORDER** |

_____

On February 28, 2024, I held a status conference at which the parties informed the Court the above-captioned case has settled, and the parties anticipate no further action other than the filing of a stipulated dismissal. Accordingly, all pending deadlines are hereby suspended.

**IT IS ORDERED**

1. The Clerk of Court is directed to cancel any remaining deadlines and remove it from the trial calendar.

2. The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41. The parties are granted **sixty (60) days** from the date of this order. If the case has not been dismissed within **sixty (60) days**, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

**IT IS SO ORDERED** this 29th day of February, 2024.

_/s/ Mark A. Roberts_
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa