# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| LEXINGTON GREEN UNIT SIX OWNERS ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S I, <br><br> Defendant. | No. 23-cv-73-CJW <br><br> **SETTLEMENT ORDER** |

    Before me is the parties' Joint Status Report Regarding Settlement, filed on April 26, 2024. (Doc. 21.) Because the status report requested relief, I will treat it as a motion.

    **IT IS ORDERED** for good cause and the reasons stated in the motion, the motion is **granted.** The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, by **May 13, 2024**. If the case has not been dismissed by **May 13, 2024**, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

    **IT IS SO ORDERED** this 29th day of April, 2024.

    Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa